No. 523. WESTERN UNION TELEGRAPH COMPANY *v.* ATLANTA & WEST POINT RAILROAD COMPANY. Appeal

from the Circuit Court of Appeals for the Fifth Circuit. November 4, 1918. Petition for a writ of certiorari herein denied. *Mr. William L. Clay* and *Mr. Rush Taggart*, for appellant, in support of the petition. *Mr. Sanders McDaniel* and *Mr. Leon Weil*, for appellee, in opposition to the petition. See *ante*, 535.

---

